**Order entered September 9, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00013-CR**

**LEON BARNES III, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 10**
**Dallas County, Texas**
**Trial Court Cause No. M20-22544-L**

**ORDER**

Before the Court is appellant's September 6, 2022 fourth motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief filed by **October 6, 2022.** If appellant fails to file his brief by October 6, 2022, the Court will abate this case for a hearing in the trial court to determine why the brief has not been filed. *See* TEX. R. APP. P. 38.8(b).

/s/    ERIN A. NOWELL
        JUSTICE